# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130812

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DESHAWN WHITMAN,
      Defendant-Appellant.

SC: 130812
COA: 256223
Wayne CC: 03-009701

_____/

On order of the Court, the application for leave to appeal the February 7, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the trial court for a determination whether sentencing proceedings took place on an earlier date than appears on the docket entry and, if so, for the trial court to order preparation of a transcript. If not, defendant should be resentenced.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2006

_____
Clerk

d1101